No. 17,258

JURIE *v.* DUHON ET AL.
(275 P. [2d] 957)

Decided October 25, 1954.   Rehearing denied November 22, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.
Mr. Justice Bradfield, not participating.

Mr. OLIVER W. WEBER, for plaintiff in error.

Mr. PAUL M. CLARK, Mr. LAWRENCE M. WOOD, for defendants in error.